# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID DEMETREIUS HOLMES : CIVIL ACTION
:
v. :
:
PHILADELPHIA PRISON SYSTEM : NO. 19-4226

## ORDER

**NOW**, this 22nd day of January, 2020, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Document No. 1) and his *pro se* complaint, it is **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* **GRANTED**.

2. The Complaint is deemed filed.

3. The complaint is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.